# EXHIBIT A

Form B18 (Official Form 18)(12/03)

# United States Bankruptcy Court

Northern District of Indiana
Case No. 03-34532-hcd
Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Jill Ann Johnson Myers
934 Homewood Avenue
Mishawaka, IN 46544

Social Security No.:
xxx-xx-3074

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 12/2/03

Harry C. Dees, Jr.
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**