## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JILL JOHNSON, | CASE NO: 3:15-cv-00770-AWT |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| RESURGENT CAPITAL SERVICES, LP, SHELLPOINT PARTNERS, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, and PYOD, LLC, | |
| Defendants. | |

## NOTICE OF VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

NOW COMES, the Plaintiff, JILL JOHNSON (hereinafter, the "Plaintiff"), by and through the LAW OFFICES OF JOSHUA B. KONS, LLC, and for her Notice of Voluntary Dismissal, the Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case against all of the Defendants.

2. Plaintiff requests that the dismissal of the above captioned matter be *with prejudice* and without costs to either party.

///

2

Dated this November 5, 2015

                                  Respectfully submitted,
                                  **JILL JOHNSON**

                                  By: /s/ Joshua B. Kons

                                  Joshua B. Kons (ct28936)
                                  LAW OFFICES OF JOSHUA B. KONS, LLC
                                  50 Albany Turnpike, Suite 4024
                                  Canton, CT 06019
                                  T: 860-920-5181
                                  E: joshuakons@konslaw.com

## **CERTIFICATION**

I hereby certify that on this 5th day of November, a copy of the foregoing Notice of Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) was filed electronically and served by mail on anyone unable to accept electronic filing as well as via USPS below to the addresses below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lindsey R. Johnson
Maddin, Hauser, Roth & Heller PC
28400 Northwestern Highway, 2nd Floor
Southfield, Michigan 48034

Laura Hill Dunaway
Resurgent Capital Services, LP
55 Beattie Place, Suite 110 MS # 402
Greenville, SC 29601

By: /s/ Joshua B. Kons
    Joshua B. Kons